# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-cr-03886-JAH-GT |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| MOISES RIEBELING-ESTRADA, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X__ of the offense(s) as charged in the Indictment/Information:

8:1326(a) and (b) - Removed Alien Found in the United States (1)

_____

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/21/13

FILED
NOV 21 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

David H. Bartick
U.S. Magistrate Judge